WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR13-08160-001-PCT-PGR |
| Plaintiff, | **ORDER** |
| v. | |
| Kevin Lynn Bickford, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant waived the preliminary revocation hearing and submitted the issue of detention on the record. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that he is not a flight risk.

Accordingly,

**IT IS ORDERED** that the defendant shall be bound over for further proceedings on the petition to revoke his supervised release.

**IT IS FURTHER ORDERED** that the defendant is detained as a flight risk and a danger, pending further revocation proceedings.

Dated this 13th day of April, 2017.

_____
Bridget S. Bade
United States Magistrate Judge